# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM J. FORSMAN, | : | CIVIL ACTION NO. |
| Hall County ID # 188413, | : | 2:11-CV-00272-RWS-SSC |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SHAWN JACKSON, | : | PRISONER CIVIL ACTION |
| CHIP TEMPLE, et al., | : | 42 U.S.C. § 1983 |
|     Defendants. | : | |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

On October 4, 2011, Plaintiff filed the complaint in this civil action. [Doc. 1]. Because Plaintiff's original financial affidavit [Doc. 2] was deficient, the Court on November 2, 2011 ordered Plaintiff to either pay the filing fee in full or submit a second financial affidavit seeking leave to proceed *in forma pauperis* that complied with the Prison Litigation Reform Act of 1995. [Doc. 5]. That same day, the Clerk mailed the November 2 Order to Plaintiff at his last address of record, but the Order was returned to the Court on November 8 as undeliverable because Plaintiff was "NIJ" (not in jail). [Doc. 6].

"The failure of counsel for a party or of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds either for dismissal of the action without prejudice or for entry of a default judgment." LR 41.2.C., NDGa. It appears that Plaintiff has failed to

comply with this rule. Plaintiff also has failed to pay the filing fee or submit a second financial affidavit as ordered.

Accordingly, it is **RECOMMENDED** that this action be **DISMISSED without prejudice** due to Plaintiff's failure to keep the Clerk informed of his current address and his failure to obey a lawful order of this Court. See LR 41.2.C., NDGa; LR 41.3.A.(2), NDGa.

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED and DIRECTED** this 15th day of December, 2011.

*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge

2