**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| WILLIAM J. FORSMAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-0272-RWS |
| SHAWN JACKSON, *et al.*, | : |
| | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [7] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED, without prejudice**, due to Plaintiff's failure to keep the Clerk informed of his current address and his failure to obey a lawful order of this Court. The Clerk shall close the case.

**SO ORDERED**, this  5th  day of January, 2012.

_____
**RICHARD W. STORY**
United States District Judge